**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Jariatu Bangura, *et al.*,**

**Plaintiffs,**

**v.**

**U.S. Citizenship and Immigration Services, *et al.*,**

**Defendants.**

**Case No. 2:26-cv-364**

**Judge Michael H. Watson**

**Magistrate Judge Shimeall**

## OPINION AND ORDER

Plaintiffs Jariatu Bangura, Madina Saadati, Maryam Saadati, and Din Mohammad Saadati filed a notice to dismiss without prejudice of their claims against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 23. Plaintiff Siaka Conneth, however, does not move for dismissal of his claims against Defendants. *Id.*

Federal Rule of Civil Procedure 21 permits a court to, "[o]n motion or on its own, . . . at any time, on just terms, add or drop a party. The court may also sever any claim against a party."

Because Plaintiffs seek a partial dismissal of their claims against Defendants, the Court construes the notice of dismissal under Rule 41(a) as a motion to dismiss under Rule 21 and **GRANTS** the same. Thus, Plaintiffs Jariatu Bangura, Madina Saadati, Maryam Saadati, and Din Mohammad Saadati's

claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. Plaintiff Siaka Conneth's claims against Defendants remain pending.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**